# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: HERRERA, VERONICA § | Case No. 10-12088 |
| § | |
| GARCIA, VERONICA § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOHN E. GIERUM, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Clerk of the Bankruptcy Court
Dirksen Federal Courthouse
219 S Dearborn Street, 7th Floor
Chicago, Il 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

A hearing on the fee applications and any objections to the Final Report will be held at 1:30 pm on January 10, 2014 in Courtroom A, Lake County Courthouse,
North Branch Court
1792 Nicole Lane
Round Lake Beach, Il 60073.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 12/01/2013        By: /s/JOHN E. GIERUM
                                                    Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL 60018
(847) 318-9130

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: HERRERA, VERONICA | § | Case No. 10-12088 |
| | § | |
| GARCIA, VERONICA | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 4,000.39 |
| *and approved disbursements of* | $ 540.55 |
| *leaving a balance on hand of* [1] | $ 3,459.84 |

**Balance on hand:** $ 3,459.84

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 3,459.84

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOHN E. GIERUM | 1,000.10 | 0.00 | 1,000.10 |

Total to be paid for chapter 7 administration expenses: $ 1,000.10
Remaining balance: $ 2,459.74

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,459.74

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 2,459.74 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,215.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 39.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 6,215.82 | 0.00 | 2,463.68 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 2,463.68 |
| Remaining balance: | $ | -3.94 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | -3.94 |

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ -3.94

Prepared By: /s/JOHN E. GIERUM
Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL  60018
(847) 318-9130

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                               Case No. 10-12088-ABG
Veronica Herrera                                                     Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1    User: ahamilton    Page 1 of 2          Date Rcvd: Dec 04, 2013
                        Form ID: pdf006    Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2013.
```
db          #+Veronica Herrera,    1016 W, Grove Avenue,    Waukegan, IL 60085-1855
15456069     +Baird and Warner,    216 Peterson Road,    Libertyville, IL 60048-1006
15287618     +Bally Total Fitness,    12440 E Imperial Hwy #30,    Norwalk, CA 90650-3178
15287621     +Chase,    201 N Walnut St # De1-10,    Wilmington, DE 19801-2920
15287619     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
16418545      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15287622     +Cit Bk/Dfs,    One Dell Way    Bldg B,    Round Rock, TX 78682-7000
15287623     +Citifinancial Retail S,    Po Box 22066,    Tempe, AZ 85285-2066
15287629     +Harris N.A.,    111 W Monroe Llw,    Chicago, IL 60603-4095
15287630     +Hsbc/Carsn,    Pob 15521,    Wilmington, DE 19850-5521
15287632      Kraft Food Fcu,    19 British American Blvd,    Latham, NY 12110
15287633     +Peoples Engy,    130 E Randolph,    Chicago, IL 60601-6302
15287634     +Pnc Mortgage,    6 N Main St,    Dayton, OH 45402-1908
15287635     +Quorum Fcu,    1501 Woodfield,    Schaumburg, IL 60173-6052
15287638     +Sears/Citi,    8725 W. Sahara Ave,    The Lakes, NV 89163-0001
15287640    ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,    PO BOX 19657,    IRVINE CA 92623-9657
             (address filed with court: Wfs/Wachovia Dealer Sv,    Po Box 1697,    Winterville, NC 28590)
15287639     +Wfnnb/New York & Compa,    220 W Schrock Rd,    Westerville, OH 43081-2873
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15287624     +E-mail/Text: gfranco@continentalfurn.com Dec 05 2013 01:07:23     Contl Furn,
              2743 West 36th Pla,    Chicago, IL 60632-1616
15287625     +E-mail/PDF: mrdiscen@discoverfinancial.com Dec 05 2013 01:15:45     Discover Fin Svcs Llc,
              Po Box 15316,    Wilmington, DE 19850-5316
15287627      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 05 2013 01:15:45     Discovr Cd,    Po Box15316,
              Wilmington, DE 19850-5316
15287628     +E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2013 01:11:47     Gemb/Jcp,    Po Box 981402,
              El Paso, TX 79998-1402
15287631      E-mail/Text: cio.bncmail@irs.gov Dec 05 2013 01:05:52     Internal Revenue Service,
              PO Box 804527,    Cincinnati, OH 45280-4527
15287636     +E-mail/Text: lossmitigationteam@quorumfcu.org Dec 05 2013 01:06:05     Quorum Fed Cr Un,
              2 Manhattanville Rd,    Purchase, NY 10577-2113
15287637     +E-mail/PDF: pa_dc_claims@salliemae.com Dec 05 2013 01:15:31     Sallie Mae,    11100 Usa Pkwy,
              Fishers, IN 46037-9203
15456068     +Fax: 866-419-3894 Dec 05 2013 02:06:14     US Cellular,    Po Box 0203,    Palatine, IL 60078-0203
                                                                                               TOTAL: 8
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15287620*    +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
15287626*    +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
                                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2013                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1          User: ahamilton             Page 2 of 2             Date Rcvd: Dec 04, 2013
                              Form ID: pdf006             Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 3, 2013 at the address(es) listed below:
              John E Gierum    on behalf of Trustee John E Gierum jgierum@7trustee.net,   IL25@ecfcbis.com
              John E Gierum    jgierum@7trustee.net,   IL25@ecfcbis.com
              Maria  Georgopoulos    on behalf of Creditor    PNC Mortgage, a division of PNC Bank NA
               nd-three@il.cslegal.com
              Michael N Burke    on behalf of Debtor Veronica  Herrera bk_il_notice@fisherandshapirolaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 5