# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: HERRERA, VERONICA | § | Case No.  10-12088 |
| | § | |
| GARCIA, VERONICA | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

JOHN E. GIERUM, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $176,525.00
*(without deducting any secured claims)*

Assets Exempt:  $65,100.00

Total Distribution to Claimants: $2,463.68

Claims Discharged Without Payment: $3,752.14

Total Expenses of Administration: $1,540.65

3)  Total gross receipts of $    4,000.39    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $    0.00    (see **Exhibit 2**), yielded net receipts of  $4,000.39 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4** ) | 0.00 | 1,544.59 | 1,544.59 | 1,540.65 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5** ) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6** ) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 6,215.82 | 6,215.82 | 2,463.68 |
| **TOTAL DISBURSEMENTS** | $0.00 | $7,760.41 | $7,760.41 | $4,004.33 |

4)  This case was originally filed under Chapter 7 on March 20, 2010. The case was pending for 50 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/21/2014           By: /s/JOHN E. GIERUM
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2008 Toyota Rav 4 | 1129-000 | 4,000.00 |
| Interest Income | 1270-000 | 0.39 |
| **TOTAL GROSS RECEIPTS** | | **$4,000.39** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | None | | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOHN E. GIERUM | 2200-000 | N/A | 3.94 | 3.94 | 0.00 |
| JOHN E. GIERUM | 2100-000 | N/A | 1,000.10 | 1,000.10 | 1,000.10 |
| JOHN E. GIERUM | 2300-000 | N/A | 3.94 | 3.94 | 3.94 |
| The Bank of New York Mellon | 2600-000 | N/A | 7.67 | 7.67 | 7.67 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| JOHN E. GIERUM | 2300-000 | N/A | 3.94 | 3.94 | 3.94 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,544.59 | $1,544.59 | $1,540.65 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-000 | N/A | 6,215.82 | 6,215.82 | 2,463.68 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $6,215.82 | $6,215.82 | $2,463.68 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-12088
**Case Name:** HERRERA, VERONICA

**Period Ending:** 05/21/14

**Trustee:** (520171)    JOHN E. GIERUM
**Filed (f) or Converted (c):** 03/20/10 (f)
**§341(a) Meeting Date:** 04/30/10
**Claims Bar Date:** 01/27/11

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)** | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a)** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
| 1 | 1016 W. Grove Avenue - Debtor will surrender in<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 131,500.00 | 0.00 | | 0.00 | FA |
| 2 | Savings Acct TCF Bank (Custodian - son)<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account TCF Bank<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 4 | Checking Acct Chase<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 25.00 | 0.00 | | 0.00 | FA |
| 5 | Used Household Goods and Furniture<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 200.00 | 200.00 | | 0.00 | FA |
| 6 | Used Clothes<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Whole Life Insurance<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 500.00 | 500.00 | | 0.00 | FA |
| 8 | IRA - Chase<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 43,500.00 | 0.00 | | 0.00 | FA |
| 9 | 2008 Toyota Rav 4<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 9,250.00 | 3,475.00 | | 4,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.39 | FA |
| **10** | **Assets**    **Totals** (Excluding unknown values) | **$185,775.00** | **$4,175.00** | | **$4,000.39** | **$0.00** |

**Major Activities Affecting Case Closing:**

        TFR approved and checks sent out 1/14.

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 10-12088 | **Trustee:**  (520171)  JOHN E. GIERUM |
| **Case Name:** HERRERA, VERONICA | **Filed (f) or Converted (c):** 03/20/10 (f) |
| | **§341(a) Meeting Date:** 04/30/10 |
| **Period Ending:** 05/21/14 | **Claims Bar Date:** 01/27/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | December 31, 2012 | **Current Projected Date Of Final Report (TFR):** | December 3, 2013  (Actual) |

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 10-12088 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | HERRERA, VERONICA | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******14-65 - Checking Account |
| Taxpayer ID #: | **-***8024 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 05/21/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/30/10 | {9} | Veronica Herrera | RECEIVABLE | 1129-000 | 4,000.00 | | 4,000.00 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,000.03 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,000.06 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,000.09 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,000.12 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,000.15 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,000.18 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,000.21 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 7.67 | 3,992.54 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 3,992.57 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,967.57 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 3,967.60 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,942.60 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 3,942.63 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,917.63 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 3,917.66 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,892.66 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 3,892.69 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,867.69 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 3,867.72 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,842.72 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,817.72 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,792.72 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,767.72 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,742.72 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,717.72 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,692.72 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,667.72 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,642.72 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,617.72 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,592.72 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,567.72 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001052017188 20130103 | 9999-000 | | 3,567.72 | 0.00 |

Subtotals :   $4,000.39   $4,000.39

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-12088 |
| Case Name: | HERRERA, VERONICA |
| Taxpayer ID #: | **-***8024 |
| Period Ending: | 05/21/14 |

| | |
|---|---|
| Trustee: | JOHN E. GIERUM (520171) |
| Bank Name: | The Bank of New York Mellon |
| Account: | ****-******14-65 - Checking Account |
| Blanket Bond: | $5,000,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 4,000.39 | 4,000.39 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 3,567.72 | |
| | | | Subtotal | | 4,000.39 | 432.67 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $4,000.39 | $432.67 | |

{} Asset reference(s)

Printed: 05/21/2014 03:52 PM    V.13.15

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-12088 |
| Case Name: | HERRERA, VERONICA |
| Taxpayer ID #: | **-***8024 |
| Period Ending: | 05/21/14 |

| | |
|---|---|
| Trustee: | JOHN E. GIERUM (520171) |
| Bank Name: | The Bank of New York Mellon |
| Account: | ****-******14-66 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{} Asset reference(s)

Printed: 05/21/2014 03:52 PM    V.13.15

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-12088 | **Trustee:** JOHN E. GIERUM (520171) |
| **Case Name:** HERRERA, VERONICA | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******7165 - Checking Account |
| **Taxpayer ID #:** **-***8024 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 05/21/14 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 3,567.72 | | 3,567.72 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,557.72 |
| 02/08/13 | 11001 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2013 FOR CASE #10-12088, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/2013 | 2300-000 | | 3.94 | 3,553.78 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,543.78 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,533.78 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,523.78 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,513.78 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,503.78 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,493.78 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,483.78 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,473.78 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,463.78 |
| 01/16/14 | 11002 | JOHN E. GIERUM | Dividend paid 100.00% on $1,000.10, Trustee Compensation;  Reference: | 2100-000 | | 1,000.10 | 2,463.68 |
| 01/16/14 | 11003 | Chase Bank USA, N.A. | First and Final Distribution | 7100-000 | | 2,463.68 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 3,567.72 | 3,567.72 | $0.00 |
| Less: Bank Transfers | 3,567.72 | 0.00 | |
| **Subtotal** | 0.00 | 3,567.72 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$3,567.72** | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ****-******14-65** | 4,000.39 | 432.67 | 0.00 |
| **Checking # ****-******14-66** | 0.00 | 0.00 | 0.00 |
| **Checking # ******7165** | 0.00 | 3,567.72 | 0.00 |
| | $4,000.39 | $4,000.39 | $0.00 |